ORIGINAL

1  MORGAN, LEWIS & BOCKIUS LLP
   CARLA J. FELDMAN
2  300 South Grand Avenue
   Twenty-Second Floor
3  Los Angeles, CA 90071-3132
   Tel.: 213.612.2500
4  Fax: 213.612.2501

5  Attorneys for Defendant
   The Salvation Army, Inc.

RECEIVED
06 APR 18 PM 2:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH RAMIREZ; FLORENCIA ALFONZO; CHARITA CACHERO; ROBERT COUSINEAU; GIDNA DACANAY; DONALD HIGGINS; LUZ KING; ANTONIO PERGAMO; LOURDES TANGONAN; REBECCA E. VALERA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SALVATION ARMY, dba THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; KIMBERLY VICKERY, an individual; JACK PHILLIPS, an individual; MARLENA HELLER, an individual; ANN PHILLIPS, an individual; MR. DIEGO (LAST NAME UNKNOWN), an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C06-0631 TEH<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DAMAGES<br><br>**FAXED** |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all of the parties hereto, that pursuant to Civil Local Rule 6-1(a), the deadline for The Salvation Army, Inc., and any individually named and properly served Defendant, to file a response to the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/879747.1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DAMAGES

1  Complaint is extended to and including May 19, 2006. Said response shall include
2  any means authorized by law, including but not limited to the right to file a motion
3  to dismiss, and said rights are hereby preserved and not waived or lost by this
4  extension.

6                                    Respectfully submitted,

7  Dated: April 18, 2006              MORGAN, LEWIS & BOCKIUS LLP

9                                     By _____
                                          Carla J. Feldman
10                                        Attorneys for Defendant

12  Dated: April 16, 2006             LAW OFFICES OF DANIEL FEDER

14                                    By _____
                                          Daniel L. Feder
15                                        Attorney for Plaintiffs

**IT IS SO ORDERED:**

_____
Thelton E. Henderson
United States District Judge
4/20/06

1-LA/879747.1                    2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DAMAGES

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES