08/25/06 16:30 FAX 213 612 2501    MORGAN, LEWIS-LA (5)                    ☒002
Case 3:06-cv-00631-TEH Document 18 Filed 08/29/2006 Page 1 of 3

08/23/2006 13:27 4153919432          DAN FEDER                PAGE 02/03

DANIEL L. FEDER, ESQ. (SB No. 130867)
LAW OFFICES OF DANIEL L. FEDER
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EDITH RAMIREZ; FLORENCIA ALFONZO; CHARITA CACHERO; ROBERT COUNSINEAU; DIGNA DACANAY; DONALD HIGGINS; LUZ KING; ANTONIO PERGAMO; LOURDES TANGONAN; REBECCA E. VALERA,<br><br>Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY, dba THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; KIMBERLY VICKERY, an individual; JACK PHILLIPS, an individual; MARLENA HELLER, an individual; ANN PHILLIPS, an individual; MR. DIEGO (LAST NAME UNKNOWN); an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:06-CV-00631 TEH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUATION OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND STRIKE REQUEST FOR PUNITIVE DAMAGES<br><br>Date:   September 18, 2006<br>Time:   10:00 a.m.<br>Courtroom: 12, 19th Floor<br>Honorable Thelton E. Henderson |

1

Stipulation and ~~Proposed~~ Order re Continuation of
Hearing on Defendants' Motion to Dismiss and to Strike

1    IT IS HEREBY STIPULATED by and between the parties herein, through their respective
2  attorneys of record that the hearing on Defendants' Partial Motion to Dismiss Plaintiffs' First Amended
3  Complaint for Damages and Strike Request for Punitive Damages shall be continued from September
4  18, 2006 at 10:00 a.m. until Monday, October 2, 2006 at 10:00 a.m, in courtroom 12, the Honorable
5
6  Thelton E. Henderson presiding. In addition, the deadlines for the filing and service of the opposition
7  and reply briefs shall be based on the continued hearing date.
8
9    IT IS SO STIPULATED.

10  Dated: August 23, 2006            THE LAW OFFICES OF DANIAL FEDER
11
12                        By: _____
                                Daniel Feder
13                        Attorneys for Plaintiffs EDITH RAMIREZ; FLORENCIA
                          ALFONZO; CHARITA CACHERO; ROBERT COUSINEAU;
14                        DIGNA DACANAY; DONALD HIGGINS; LUZ KING;
                          ANTONIO PERGAMO; LOURDES TANGONAN and
15                        REBECCA E. VALERA
16
    Dated: August 25, 2005            MORGAN, LEWIS & BOCKIUS LLP
17
18
19                        By: _____
                                Carla Feldman
20                        Attorneys for Defendants THE SALVATION ARMY,
21                        KIMBERLY VICKERY, JACK PHILLIPS, MARLENA
                          HELLER and ANN PHILLIPS
22
23
24    IT IS SO ORDERED:
25
26  Dated: August 29 2006            By: _____
                                Honorable Thelton E. Henderson
27                        Judge of the United States District Court for the
                          Northern District of California San Francisco Division
28

2

Stipulation and Proposed Order re Continuation of
Hearing on Defendants' Motion to Dismiss and to Strike

Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
TEL: 213.612.2500
FAX: 213.612.2501
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

## FAX MESSAGE

**SEND TO**

| | | | |
|---|---|---|---|
| Name: | Daniel Feder | Firm: | |
| FAX #: | (415) 391-9432 | Telephone #: | |

**FROM**

| | | | |
|---|---|---|---|
| Name: | Carla J. Feldman | Floor: | 22 |
| Operator Sending: | | Telephone # | 213.612.7204 |
| FAX #: | 877.432.9652 | Date Sent: | August 25, 2006 |
| | | No of Pages: *(including cover page)* | 3 |

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**COMMENTS**