IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDITH RAMIREZ, et al.,

               Plaintiffs,

v.

THE SALVATION ARMY, et al.,

               Defendants.

NO. C06-0631 TEH

ORDER TO SHOW CAUSE AND ORDER SETTING CASE MANAGEMENT CONFERENCE

       The Court is in receipt of the parties' stipulation to continue the pretrial and trial dates in this case.  These dates were set at the May 1, 2006 case management conference, during which the Court explained to the parties that it does not set tentative or target trial dates and that any dates that were set would be firm dates.  Despite such warnings, however, the parties have so delayed discovery – even discovery as basic as taking Plaintiffs' depositions – that a continuance is required to ensure that their clients' interests are fully and fairly represented.

       Accordingly, although the Court now agrees to continue the trial and pretrial dates, IT IS HEREBY ORDERED that the parties shall appear for a show cause hearing and case management conference on **Monday, January 22, 2007, at 1:30 PM.**  The Court will set new pretrial and trial dates at that time, and the parties shall also show cause as to why monetary or other sanctions should not be imposed for the parties' failure to comply with the Court-ordered discovery deadline.  Any written opposition to the show cause order shall be filed on or before **Tuesday, January 16, 2007.**

**IT IS SO ORDERED.**

Dated:  01/04/07

                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT