| | |
|---|---|
| 1 | CARLA FELDMAN, SBN 119864 |
| | AMY PINSKE, SBN 237819 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 300 South Grand Avenue |
| 3 | Twenty-Second Floor |
| | Los Angeles, CA  90071-3132 |
| 4 | Tel:  213.612.2500 |
| | Fax:  213.612.2501 |
| 5 | |
| 6 | M. MICHAEL COLE, SBN 235538 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| 8 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |

Attorneys for Defendants
THE SALVATION ARMY, KIMBERLY VICKERY, JACK PHILIPS, MARLENA HELLER, and ANN PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDITH RAMIREZ; FLORENCIA ALFONZO; CHARITA CACHERO; ROBERT COUSINEAU; DIGNA DACANAY; DONALD HIGGINS; LUZ KING; ANTONIO PERGAMO; LOURDES TANGONAN; REBECCA E. VALERA, <br><br> Plaintiffs, <br><br> vs. <br><br> THE SALVATION ARMY, dba THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; KIMBERLY VICKERY, and individual; JACK PHILLIPS, an individual; MARLENA HELLER, an individual; ANN PHILLIPS, an individual; MR. DIEGO (LAST NAME UNKNOWN); an individual; and DOES 1-50, inclusive,, <br><br> Defendants. | Case No. 3:06-cv-00631 TEH <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING ORDER TO SHOW CAUSE HEARING AND CASE MANAGEMENT CONFERENCE SET FOR JANUARY 22, 2007** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-SF/7454448.1 (3:06-CV-00631 TEH)

STIPULATION & [PROPOSED] ORDER RE: ORDER TO SHOW CAUSE

1  WHEREAS, on January 4, 2007, the Honorable Thelton E. Henderson, United States District Judge for the Northern District of California, entered an order setting an Order to Show Cause Hearing and Case Management Conference for January 22, 2007 at 1:30 p.m.;

WHEREAS, the order requires the attendance of trial counsel at the hearing;

WHEREAS, trial counsel for The Salvation Army has a conflict and cannot attend the hearing on January 22, 2007; and

WHEREAS, the parties have agreed that the hearing can be held on February 5, 2007 at 1:30 p.m. and trial counsel will attend.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties that:

The Order to Show Cause Hearing and Case Management Conference, currently set for January 22, 2007 at 1:30 p.m., may be reset to February 5, 2007 at 1:30 p.m.

MORGAN, LEWIS & BOCKIUS LLP

Dated: January 10, 2007          By: /s/ Carla Feldman
                                     Carla Feldman
                                     Amy Pinske
                                     M. Michael Cole
                                     Attorneys for Defendant
                                     THE SALVATION ARMY

Dated: January 10, 2007          By: /s/ [As authorized on January 10, 2007]
                                     Daniel J. Feder
                                     Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The hearing date, set for January 22, 2007 at 1:30 p.m. is reset to February 5, 2007 at 1:30 p.m. Any written response to the order to show cause continue to be due on Jan. 16, 2007.

Dated: January __12__, 2007
                                     _____
                                     UNITED STATES DISTRICT JUDGE
                                     Judge Thelton E. Henderson