IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDITH RAMIREZ, et al.,

    Plaintiffs,

v.

THE SALVATION ARMY, et al.,

    Defendants.

NO. C06-0631 TEH

ORDER CONTINUING MOTION HEARING

To accommodate the Court's calendar, IT IS HEREBY ORDERED that the hearing on Defendants' motions for summary judgment is continued from January 7, 2008, to **February 4, 2008, at 10:00 AM.** This change in hearing date does not alter the original briefing schedule. However, if the parties can reach agreement, the Court will entertain a stipulation to extend the deadline for filing Defendants' reply briefs to a date not later than January 7, 2008.

**IT IS SO ORDERED.**

Dated: 12/20/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT