1  CARLA J. FELDMAN, SBN 119864
   AMY B. PINSKE, SBN 237819
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA 90071-3132
4  Tel: 213.612.2500
   Fax: 213.612.2501
5
   M. MICHAEL COLE, SBN 235538
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, CA 94105
   Tel: 415.442.1000
8  Fax: 415.442.1001

9  Attorneys for Defendants
   THE SALVATION ARMY, KIMBERLY
10 VICKERY, JACK PHILIPS, MARLENE
   HELLER, and ANNA PHILLIPS
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 EDITH RAMIREZ; FLORENCIA           Case No. 3:06-cv-00631 TEH
   ALFONZO; CHARITA CACHERO;
16 ROBERT COUSINEAU; DIGNA            STIPULATION AND [PROPOSED]
   DACANAY; DONALD HIGGINS; LUZ       ORDER TO EXTEND THE DEADLINE
17 KING; ANTONIO PERGAMO;             FOR DEFENDANTS' REPLY BRIEFS
   LOURDES TANGONAN; REBECCA E.
18 VALERA,
                                      The Honorable Thelton E. Henderson
19           Plaintiffs,

20     vs.

21 THE SALVATION ARMY, dba THE
   SALVATION ARMY ADULT
22 REHABILITATION CENTER and THE
   SALVATION ARMY THRIFT STORE;
23 KIMBERLY VICKERY, and individual;
   JACK PHILLIPS, an individual;
24 MARLENE HELLER, an individual; ANN
   PHILLIPS, an individual; MR. DIEGO
25 (LAST NAME UNKNOWN); an
   individual; and DOES 1-50, inclusive,
26
             Defendants.
27

28
   1-SF/7646591.1                    1                    C 06-00631 TEH
   STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY
                                  BRIEFS

# STIPULATION

WHEREAS, on November 27, 2008, Defendants The Salvation Army ("The Army"), Kimberly Vickery, Jack Phillips, Marlene Heller and Anna Phillips (collectively "Defendants") moved for summary judgment, or in the alternative, summary adjudication, on Plaintiffs' Second Amended Complaint for Damages;

WHEREAS, on December 20, 2008, the United States District Court for the Northern District of California issued an order continuing the hearing date on Defendants' motions for summary judgment from January 7, 2008 to February 4, 2008 at 10:00 a.m.;

WHEREAS, in its order continuing the hearing date on Defendants' motions for summary judgment, the Court indicated it would "entertain" a stipulation by the parties to extend the deadline for filing Defendants' reply briefs to a date no later than January 7, 2008.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties that the deadline for Defendants to file their reply briefs shall be extended to January 7, 2008.

**IT IS SO STIPULATED BETWEEN PARTIES.**

Dated: December 20, 2007            MORGAN, LEWIS & BOCKIUS LLP

                                    By: _____
                                    M. Michael Cole
                                    Attorneys for Defendants


Dated: December 20, 2007            By: _____
                                    Daniel Feder
                                    Attorneys for Plaintiff


IT IS ORDERED THAT the deadline Defendants to file their reply briefs is continued to January 7, 2008.


Dated: December __, 2007            _____
                                    Hon. Thelton E. Henderson

1-SF/7646591.1                           2                           C 06-00631 TEH
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY BRIEFS