IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH RAMIREZ, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> THE SALVATION ARMY, et al., <br><br>    Defendants. | NO. C06-0631 TEH <br><br> ORDER CONTINUING MOTION HEARING |

To accommodate the Court's calendar, IT IS HEREBY ORDERED that the hearing on Defendants' motions for summary judgment is continued from February 4, 2008, to **March 3, 2008, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated: 1/25/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT