Ramirez, et al. vs. Salvation Army                           Case No. 3:06-cv-00631

Daniel L. Feder, Esq. (SB#130867)
**LAW OFFICES OF DANIEL L. FEDER**
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415)391-9432
Email: danfeder@pacbell.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDITH RAMIREZ; FLORENCIA ALFONZO; CHARITA CACHERO; ROBERT COUSINEAU; DIGNA DACANAY; DONALD HIGGINS; LUZ KING; ANTONIO PERGAMO; LOURDES TANGONAN; REBECCA E. VALERA<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE SALVATION ARMY, dba THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; KIMBERLY VICKERY, an individual; JACK PHILLIPS, an individual; MARLENA HELLER, an individual; ANN PHILLIPS, an individual; MR. DIEGO (LAST NAME UNKNOWN), an individual; and DOES 1-50, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.: 3:06-cv-00631 TEH<br><br>**STIPULATION OF DISMISSAL** |

//
//
//

---

Notice of Voluntary Dismissal

- 1 -

Ramirez, et al. vs. Salvation Army                                    Case No. 3:06-cv-00631

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  April 18, 2008        LAW OFFICES OF DANIEL FEDER
                              DANIEL L. FEDER

                              By _____
                                 Daniel L. Feder
                                 Attorneys for Plaintiffs

Dated:  April 17, 2008        MORGAN, LEWIS & BOCKIUS LLP
                              CARLA J. FELDMAN

                              By _____
                                 Carla J. Feldman
                                 Attorneys for Defendants
                                 THE SALVATION ARMY, JACK
                                 PHILLIPS, ANNA PHILLIPS,
                                 KIMBERLY VICKERY &
                                 MARLENE HELLER

DATED:  April 22, 2008

**IT IS SO ORDERED**
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Notice of Voluntary Dismissal

- 2 -